EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U. S. Attorney

OMER G. POIRIER
Assistant U. S. Attorney
300 Ala Moana Boulevard, Room 6-100
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 2 0 2002

at ___ o'clock and ___ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. CR02 00085 HG |
| Plaintiff, | ) | INDICTMENT |
| vs. | ) | (18 U.S.C. § 111) |
| KEITH STREETER, | ) | |
| Defendant. | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about September 18, 2001, in the District of Hawaii, the Defendant, KEITH STREETER, did forcibly assault, resist, oppose, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is Honolulu Police Officer, Garrett Maluenda who was assisting the United States Marshal Service in effecting a federal arrest, while engaged in the performance of official duties.

In violation of Title 18, United States Code, Section 111.

COUNT 2

The Grand Jury further charges:

On or about September 18, 2001, in the District of Hawaii, the Defendant, KEITH STREETER, did forcibly assault, resist, oppose, intimidate, and interfere with a person designated in Title 18, United States Code, Section 1114, that is Honolulu Police Officer Kalae Phillips, who was assisting the United States Marshal Service in effecting a federal arrest, while engaged in the performance of official duties.

In violation of Title 18, United States Code, Section 111.

DATED: 3/20/02, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney

ELLIOT ENOKI
First Assistant U.S. Attorney

OMER G. POIRIER
Assistant U.S. Attorney