FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 26 2004

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

# United States District Court
## District of Hawaii

UNITED STATES OF AMERICA
v.
**KEITH STREETER**
(Defendant's Name)

JUDGMENT IN A CRIMINAL CASE
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Criminal Number: 1:02CR00085-001
USM Number: 85450-011
Loretta Faymonville AFPD
Defendant's Attorney

**THE DEFENDANT:**

[✔]  admitted guilt to violation of conditions General Condition, Standard Condition No. 3, and Special Condition No. 1 of the term of supervision.

[✔]  was found in violation of condition Special Condition No. 1 after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

   The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

   IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 6173

Defendant's Residence Address:
**Fort Weaver Road**
**Ewa Beach, Hawaii 96706**

Defendant's Mailing Address:
**Fort Weaver Road**
**Ewa Beach, Hawaii 96706**

OCTOBER 25, 2004
Date of Imposition of Sentence

_/s/ Susan Oki Mollway_
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

OCT 27 2004
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:02CR00085-001                                          Judgment - Page 2 of 3
DEFENDANT:       KEITH STREETER

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject submitted a urine specimen that tested positive for methamphetamine | 8/17/04 |
| 2 | Subject refused to comply with drug testing at Hina Mauka | 8/16/04 |
| 3 | Subject failed to abide by the Probation Officer's instruction and to admit himself to the Salvation Army Adult Rehabilitation Center | 8/26/04 8/27/04 |

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 1:02CR00085-001 | Judgment - Page 3 of 3 |
| DEFENDANT: KEITH STREETER | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of TEN (10) MONTHS .

This term consists of TEN (10) MONTHS to run consecutively to CR 99-00539SOM and CR 99-00540SOM.

[✔]   The court makes the following recommendations to the Bureau of Prisons:
1) Sheridan; 2) 500 Hour Comprehensive Drug Treatment Program; 3) FDC Honolulu.

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
   [ ] at ___ on ___.
   [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   [ ] before _ on ___.
   [ ] as notified by the United States Marshal.
   [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal